IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STATE OF OHIO, ex rel.<br>MICHAEL DEWINE<br>OHIO ATTORNEY GENERAL, | : : : : | |
| Plaintiff(s), | : : | Case No. 3:12-cv-154 |
| - vs - | : : : | Judge Walter Herbert Rice |
| JOHNSON WELDED PRODUCTS, INC. | : : : | |
| Defendant(s). | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

June 18, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed at request of counsel pending adoption of remedy; could be upwards of 4-5 years."